# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–1 | User: AutoDocketer | Date Created: 6/15/2022 |
| Case: 1:22–bk–00011–HWV | Form ID: ordsmiss | Total: 12 |

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     ustpregion03.ha.ecf@usdoj.gov
tr     Jack N Zaharopoulos (Trustee)     info@pamd13trustee.com
aty     Erik Mark Helbing     ehelbing@helbingconsumerlaw.com

                                                               TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     William C. Holt     3060 Stoneybreak Rd.     Warfordsburg, PA 17267
cr     M&T Bank     PO Box 1508     Buffalo, NY 14240
5454254     Bethel Township Taxes     3247 Pigeon Cove Road     Warfordsburg, PA 17267
5455978     Capital One Bank (USA), N.A.     by American InfoSource as agent     PO Box 71083     Charlotte, NC 28272–1083
5454255     Internal Revenue Service     Insolvency Operation     P.O. Box 21126     Philadelphia, PA 19114
5454256     KML Law Group, P.C.     Suite 5000–BNY Independence Center     701 Market Street     Philadelphia, PA 19106
5457908     M&T BANK     PO BOX 1508     BUFFALO, NY 14240
5454258     M&T Bank     80 Holtz Drive     Buffalo, NY 14225
5454257     M&T Bank     PO Box 1288     Buffalo, NY 14240

                                                               TOTAL: 9